PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

### Western District of Texas

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Julio Cesar Armendariz  Case Number: 7:21CR00150-001

Name of Sentencing Judicial Officer: Honorable David Counts, U.S. District Judge

Date of Original Sentence: October 6, 2021

Original Offense: Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(B)

Original Sentence: 57 months imprisonment; 4 years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: January 25, 2024

Assistant U.S. Attorney: Monica L. Daniels  Defense Attorney: Steve Spurgin

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer." |
| 2 | "The defendant shall follow the instructions of the probation officer related to the conditions of supervision." |

As U.S. Probation Officer (USPO) Lorena Toscano was attempting to arrange courtesy supervision with the District of New Mexico, Roswell Office, on August 16, 2024, she contacted Julio Armendariz by telephone with specific instructions to obtain employment locally in Hobbs, New Mexico, as his current employment was not approved due to travel to Houston, Texas, months at a time. Furthermore, USPO Toscano instructed him not to leave the judicial district without permission, and Armendariz acknowledged he understood.
However, on September 3, 2024, the District of New Mexico, Roswell Office, contacted Armendariz to report in person to their office to accept courtesy supervision. Armendariz reported he could not report in person because he was working in Houston, Texas.

On September 3, 2024, Armendariz contacted USPO Toscano after she had sent him a text asking if he was working in Houston, Texas. Armendariz admitted to USPO Toscano by text and a follow up telephone call, he was in Houston, Texas, working with Blackfield Industries, the same employer USPO Toscano had advised Armendariz was not approved employment. Armendariz deliberately failed to follow instructions as to supervision and traveled outside of the Judicial District to Houston, Texas, without the permission of the Court or the probation officer, and failed to obtain local employment in Hobbs, New Mexico, as instructed.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.  (Maximum penalty:  3  years imprisonment;  up to life  supervised release ; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

Approved by:

Tremane Peel
Supervising U.S. Probation Officer
Telephone: (432) 685-0327

Respectfully submitted by:

Lorena S. Toscano
U.S. Probation Officer
Telephone: (432) 685-0307
Date:   September 5, 2024

cc: Brandi Young, AUSA
    Brad Richards, ADCUSPO

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

Honorable David Counts
U.S. District Judge

September 5, 2024
Date