UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §   NO:   MO:21-CR-00150(1)-DC |
| | § |
| (1) Julio Cesar Armendariz | § |

### ORDER SETTING PRELIMINARY REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **Tuesday, September 17, 2024 at 09:30 AM**, in Midland Magistrate Courtroom, on the First Floor of the United States Courthouse, 200 E. Wall, Midland, TX .

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **9th day of September, 2024.**

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § § § | |
| vs. | § | NO:   MO:21-CR-00150(1)-DC |
| | § § | |
| **(1) Julio Cesar Armendariz** | § | |

### WAIVER OF PRELIMINARY EXAMINATION
### RULE 32.1, Fed R. Crim. P.

I, **(1) Julio Cesar Armendariz ,** charged in a petition or motion pending in this District with violation of probation or supervised release in violation of Title 18 U.S.C. § 3583 and having appeared before this Court and been advised of my rights as required by Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.   Additionally, I waive my right to a bond/detention hearing (but reserve the right to a hearing if my case is postponed).   I request that my case be set as soon as possible on the District Judge's calendar for a determination of the status of my revocation proceeding.

_____
**Defendant**

_____   _____
**Date**                             **Counsel for Defendant (if retained or Appointed at the time of waiver)**