# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | |
| vs. | § § | NO: MO:21-CR-00150(1)-DC |
| **(1) Julio Cesar Armendariz** | § § | |

## WAIVER OF PRELIMINARY EXAMINATION
## RULE 32.1, Fed R. Crim. P.

I, **(1) Julio Cesar Armendariz**, charged in a petition or motion pending in this District with violation of probation or supervised release in violation of Title 18 U.S.C. § 3583 and having appeared before this Court and been advised of my rights as required by Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing. Additionally, I waive my right to a bond/detention hearing (but reserve the right to a hearing if my case is postponed). I request that my case be set as soon as possible on the District Judge's calendar for a determination of the status of my revocation proceeding.

_9/12/2024_
Date

_____
Defendant

_____
Counsel for Defendant (if retained or Appointed at the time of waiver)