IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO. MO:21-CR-00150(1)-DC |
| § | |
| § | |
| JULIO CESAR ARMENDARIZ § | |
| Defendant. § | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

This Motion for Substitution of Counsel is brought by Defendant, Julio Cesar Armendariz, who requests that the Court permit Felix Valenzuela to substitute as attorney of record in this case and shows the following:

Felix Valenzuela was retained to represent Defendant in this case.

Attorney Brian Jose Chavez consents to the substitution, as evidenced by the signature on this motion.

This Motion is not sought for the purposes of delay, but that justice might be done.

Defendant prays that the Court enter an order substituting Felix Valenzuela and discharging Brian Jose Chavez as attorney of record for Defendant.

Wherefore, premises considered, Defendant respectfully requests that the Court grant the instant motion and substitute Felix Valenzuela and discharge Brian Jose Chavez, as attorney of record for Defendant. Defendant also prays for all other relief to which he is entitled, in both equity and law.

Respectfully submitted,

Valenzuela Law Firm
701 Magoffin Avenue
El Paso, Texas 79901
T: 915-209-2719
F: 915-493-2404

By:   /s/ Felix Valenzuela
State Bar No. 24076745
felix@valenzuela-law.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on  9/23/2024  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send notification of such filing to the following to all parties.

/s/ Felix Valenzuela
Felix Valenzuela

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § § | CAUSE NO. MO:21-CR-00150(1)-DC |
| JULIO CESAR ARMENDARIZ § § Defendant. § | |

### ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Court considered Defendant's Motion for Substitution. After considering the motion, attendant responses, and the arguments adduced by counsel, the Court is of the opinion that the Motion should be granted.

Accordingly, IT IS ORDERED that Defendant's Motion for Substitution of Counsel is GRANTED.

IT IS THEREFORE ORDERED that Brian Jose Chavez, is discharged as attorney of record and Felix Valenzuela is substituted as attorney of record for Defendant.

SIGNED on the _____ day of _____, 2024.

_____
PRESIDING JUDGE

Agreed:

By: _____
Brian Jose Chavez

By: _____
Julio Cesar Armendariz